IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jo-Ann Chianella,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BAC Home Loans Servicing LP,<br><br>　　　　Defendant. | No. CV-10-01764-PHX-ROS<br><br>**ORDER** |

　　　　Plaintiff seeks leave to proceed in forma pauperis. Plaintiff's application states she has a monthly income of over three thousand dollars. This income is sufficient for Plaintiff to pay the filing fee.

　　　　Plaintiff seeks a temporary restraining order. Federal Rule of Civil Procedure 65 states a temporary restraining order can be issued without notice to the adverse party only if the movant "certifies in writing any efforts made to give notice and the reasons why it should not be required." Plaintiff states notice should not be required as "plaintiff will suffer immediate and irreparable injury, loss, or damage . . . before defendant can be heard." Plaintiff concedes, however, that the sale of the property is scheduled for September 2, 2010. Thus, Plaintiff has ample time to provide notice to Defendant. The request for a temporary restraining order will be denied based on Plaintiff's failure to provide notice. Plaintiff may renew her request for a temporary restraining order once she provides notice to Defendant.

1   Accordingly,

2   **IT IS ORDERED** the Motions for Temporary Restraining Order (Doc. 5, 6) are
3   **DENIED**.

4   **IT IS FURTHER ORDERED** Plaintiff shall review the Federal Rules of Civil
5   Procedure and Local Rules of Civil Procedure prior to filing any documents. All documents
6   must be in compliance with those rules.

7   **IT IS FURTHER ORDERED** Plaintiff's application for leave to proceed in forma
8   pauperis without prepayment of costs or fees (Doc. 4) is **DENIED**. Plaintiff shall have 10
9   days from the entry of this Order to pay the filing fee of $350.00. The Clerk of Court is
10  directed to enter dismissal of this action without further notice if Plaintiff fails to pay the
11  filing fee of $350.00 within 10 days of the entry of this Order.

12  DATED this 25th day of August, 2010.

_____
Roslyn O. Silver
United States District Judge