Motion for Electronic Filing | Case No: CIV '10-1764 PHX ROS

Jo-Ann Chianella
18521 E. Queen Creek Rd., Ste. 105-604
Queen Creek, AZ 85142
480-430-3580
  PRO SE

FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 0 2 2010

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ Z  DEPUTY

In the United States District Court

For the District of Arizona

Jo-Ann Chianella,            )  Case No.: CIV '10-1764 PHX ROS
                             )
        Plaintiff,           )  Motion To Allow
                             )  Electronic Filing
   vs.                       )  By A Party Appearing
                             )  Without An Attorney
                             )  and Supporting Information
BAC Home Loans Servicing, LP,)
                             )
        Defendant            )

I, Jo-Ann Chianella, declare that I am the Plaintiff representing myself in this action; that I hereby request permission to electronically file and serve my documents. I state that, upon a showing of good cause below, I am able to comply with the equipment and rule requirements governing electronic filing.

In further support of this application, we answer the following questions.

   A. Type of personal computer and related software/equipment available to use.

      a. Gateway Pentium Model 510XL running Windows Media Center XP/SP3

      b. Internal Hard Disk Storage of 160 GB

      c. External Hard Disk Storage 350 GB

      d. Internet Explorer 8.0 and Mozilla Firefox V 3.6.8

      e. Hi-Speed Internet Access via Cox Communications: 15 MB

    f.   Microsoft Office Pro 2003 with Adobe Compatible Word

    g.   Adobe Acrobat 9

A. Do you have a personal electronic mailbox of sufficient capacity to send and receive electronic notice of case related transmissions?   Yes – jcpeachwood@gmail.com

B. Are you currently or will you be a subscriber to PACER (Public Access to Court Electronic Records)?   Yes, I am currently a subscriber to PACER.

C. Have you read and become familiar with the District of Arizona's CM/ECF Administrative Policies and Procedures Manual?   Yes

D. Are you able to comply with all the requirements, including the electronic submission of documents in .pdf, of the District of Arizona's CM/ECF Administrative Policies and Procedures Manual?   Yes

E. Are you able to comply with the privacy policy of the Judicial Conference of the United States and the E-Government Act of 2002?   Yes

Dated this 2nd day of September, 2010

*/s/ Jo-Ann Chianella*
Jo-Ann Chianella

18521 E. Queen Creek Rd.,
Ste. 105-604
Queen Creek, AZ 85142
480-430-3580
   PRO SE