1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                       FOR THE DISTRICT OF ARIZONA

8

9   Jo-Ann Chianella,                    )    No. CV-10-01764-PHX-ROS
                                         )
10                  Plaintiff,           )    **ORDER**
                                         )
11  vs.                                  )
                                         )
12                                       )
    BAC Home Loans Servicing LP,         )
13                                       )
                    Defendant.           )
14                                       )
                                         )
15

16

17          On August 25, 2010, the Court denied Plaintiff's request for a temporary restraining

18  order based on Plaintiff's failure to provide notice to Defendant or an explanation for why

19  notice should not be required.  Plaintiff has now filed an "amended motion."  Plaintiff still

20  has not provided notice to Defendant nor has she provided an explanation for why notice

21  should not be required.  Thus, Plaintiff's motion will be denied again.  If Plaintiff wishes to

22  pursue her case, she *must* comply with the Federal Rules of Civil Procedure as well as the

23  Local Rules of Civil Procedure.[1]

24          Plaintiff also asks that she be permitted to file documents electronically.  Plaintiff's

25  filings in this case have not demonstrated an ability to comply with the applicable rules and

26

27          [1] Plaintiff's motion for temporary restraining order is twenty-seven pages long. Local
    Rule 7.2 states "[u]nless otherwise permitted by the Court, a motion including its supporting
28  memorandum . . . shall not exceed seventeen pages."

1    procedures.  Thus, the request to file documents electronically will be denied.

2           Accordingly,

3           **IT IS ORDERED** Plaintiff's Motion to Allow Electronic Filing (Doc. 10) is

4    **DENIED**.

5           **IT IS FURTHER ORDERED** the Amended Motion for Temporary Injunction (Doc.

6    11) is **DENIED**.

7           DATED this 8th day of September, 2010.

8

9

10

11                                          Roslyn O. Silver
                                      United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28