```
BRYAN CAVE LLP, #00145700
Robert W. Shely, #014261
Coree E. Neumeyer, #025787
Michael B. Dvoren, #027386
Two North Central Avenue, Suite 2200
Phoenix, Arizona  85004-4406
Telephone:  (602) 364-7000
Facsimile:  (602) 364-7070
rwshely@bryancave.com
coree.neumeyer@bryancave.com
michael.dvoren@bryancave.com

Attorneys for Defendant BAC Home
Loans Servicing, LP
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jo-Ann Chianella,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BAC Home Loans Servicing, LP,<br><br>　　　　Defendant. | No. CV 10-01764-PHX-ROS<br><br>**NOTICE OF APPEARANCE**<br><br>(Hon. Roslyn O. Silver) |

　　　NOTICE IS HEREBY GIVEN that Bryan Cave LLP, by and through attorneys Robert W. Shely, Coree E. Neumeyer, and Michael B. Dvoren, hereby enters its appearance as counsel of record for Defendant BAC Home Loans Servicing, LP. Counsel respectfully requests that all future notices and correspondence from the Court and parties be sent to undersigned counsel at the address provided.

. . .

. . .

. . .

677310

1 DATED this 24th day of September, 2010.

2            BRYAN CAVE LLP

By /s/Coree E. Neumeyer
  Robert W. Shely
  Coree E. Neumeyer
  Michael B. Dvoren
  Two North Central Avenue, Suite 2200
  Phoenix, AZ 85004-4406

  Attorneys for Defendant BAC Home Loans Servicing, LP

677310

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, with a copy sent via U.S. mail to the following, who is not a registered participant of the CM/ECF System:

Jo-Ann Chianella
18521 E. Queen Creek Rd., Ste 105-604
Queen Creek, Arizona 85142
Plaintiff Pro Per


By: s/Carol McKeever

677310

3