Civil Action No. CV10-1764 PHX ROS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

___ FILED   ___ LODGED
___ RECEIVED   ___ COPY

SEP 2 9 2010

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ S DEPUTY

This summons for *(name of individual and title, if any)* BAC Home Loans Servicing LP
was received by me on *(date)* 09/03/2010.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Stephanie Stanley of CT Corp., who is
designated by law to accept service of process on behalf of *(name of organization)* BAC Home Loans
Servicing LP _____ on *(date)* 09/03/2010 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 85.—

I declare under penalty of perjury that this information is true.

Date: 9/8/2010

Server's signature

Aaron Mays, Process Server
*Printed name and title*

Arizona Quick Serve
9393 N. 90th St. Ste 121
Scottsdale, AZ 85258

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Arizona

| | | |
|---|---|---|
| Jo-Ann Chianella | ) | |
| _Plaintiff_ | ) ) | CIV '10 1764 PHX ROS |
| v. | ) | Civil Action No. |
| BAC Home Loans Servicing, LP | ) ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  BAC Home Loans Servicing, LP
c/o CT Corporation System
2394 E Camelback Road
Phoenix, AZ 85016

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jo-Ann Chianella
18521 E. Queen Creek Rd., Ste. 105-604
Queen Creek, AZ 85142

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD H. WEARE
_CLERK OF COURT_

Date: 9/2/10

_Signature of Clerk or Deputy Clerk_