BRYAN CAVE LLP, #00145700
Robert W. Shely, #014261
Coree E. Neumeyer, #025787
Michael B. Dvoren, #027386
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
Telephone: (602) 364-7000
Facsimile: (602) 364-7070
rwshely@bryancave.com
coree.neumeyer@bryancave.com
michael.dvoren@bryancave.com

Attorneys for Defendant BAC Home
Loans Servicing, LP

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jo-Ann Chianella,<br><br>    Plaintiff,<br><br>vs.<br><br>BAC Home Loans Servicing, LP,<br><br>    Defendant. | No. CV 10-01764-PHX-ROS<br><br>**RESPONSE TO PLAINTIFF'S MOTION FOR SANCTIONS**<br><br>(Hon. Roslyn O. Silver) |

    Plaintiff Jo-Ann Chianella's ("Chianella") Motion For Rule 11 Sanctions ("Motion") is procedurally inappropriate and frivolous. Like her previous filings, the Motion appears to have been copied almost entirely from unrelated pleadings or the Internet with little editing. Defendant BAC Home Loans Servicing, LP ("BAC") respectfully requests that the Court deny the Motion.

    Under Federal Rule of Civil Procedure 11, a motion for sanctions "must be served under Rule 5, but it must not be filed or be presented to the court if the challenged paper, claim, defense, contention, or denial is withdrawn or appropriately corrected within 21

678358.1

days after service or within another time the court sets." Fed. R. Civ. P. 11(c)(2). Chianella did not serve the Motion 21 days before filing it with the Court, and the Motion is thus procedurally improper. For that reason alone, the Court should deny it. <u>See</u>, e.g., <u>Rubio v. Turner Unified Sch. Dist. No. 202</u>, 475 F. Supp. 2d 1092, 1101 (D. Kan. 2007) (denying request for sanctions).

Regardless of its procedural impropriety, the Motion is frivolous. In stark contradiction to the Motion's allegations, which appear to be copied entirely from unrelated pleadings, BAC's Motion to Dismiss specifically and painstakingly addressed Chianella's allegations in the Complaint and the reasons for her failure to state any valid claim upon which the Court may grant relief. [<u>See</u> Motion ¶¶ 5-8; Doc. No. 15] There is nothing improper, let alone violative of Rule 11, in BAC's Motion to Dismiss.

### Relief Requested

BAC respectfully requests that the Court deny Chianella's Motion For Rule 11 Sanctions.

RESPECTFULLY SUBMITTED this <u>18th</u> day of October, 2010.

BRYAN CAVE LLP

By  /s/ Michael B. Dvoren
Robert W. Shely
Coree E. Neumeyer
Michael B. Dvoren
Two North Central Avenue, Suite 2200
Phoenix, AZ  85004-4406

Attorneys for Defendant BAC Home Loans Servicing, LP

BRYAN CAVE LLP
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
(602) 364-7000

2

678358.1

**CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, with a copy sent via U.S. mail to the following, who is not a registered participant of the CM/ECF System:

Jo-Ann Chianella
18521 E. Queen Creek Rd., Ste 105-604
Queen Creek, Arizona  85142
Plaintiff Pro Per


By: /s/ Michael B. Dvoren

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

3

678358.1