IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jo-Ann Chianella, | No. CV-10-01764-PHX-ROS |
| Plaintiff, | **ORDER** |
| vs. | |
| BAC Home Loans Servicing LP, | |
| Defendant. | |

On November 15, 2010, Defendant filed a motion to dismiss. (Doc. 24). Plaintiff filed a response on November 24, 2010 but that response exceeds the length allowed by Local Rule 7.2(e). The response also seeks sanctions against Defendant. Plaintiff previously moved for sanctions in an improper manner. (Doc. 22). Plaintiff is reminded she *must* comply with the applicable rules of procedure, including page limits. Plaintiff is also cautioned that repeatedly seeking sanctions absent a sufficient factual basis for doing so is itself sanctionable conduct. Plaintiff should take care to identify the precise legal and factual basis for any future requests for sanctions.

Accordingly,

**IT IS ORDERED** the Response (Doc. 25) is **STRICKEN**. Plaintiff shall file a response no longer than 17 pages no later than December 6, 2010. Defendant's reply shall be due ten days after the filing of the amended response.

DATED this 30th day of November, 2010.

Roslyn O. Silver
United States District Judge