Jo-Ann Chianella
18521 E. Queen Creek Road., Ste. 105-604
Queen Creek, AZ 85142
FAX: 480-922-3962
jcpeachwood@gmail.com
PH: 480-430-3580
PRO-SE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jo-Ann Chianella, | Case No.: CV-10-01764 PHX-ROS |
| Plaintiff, | Motion For Reconsideration |
| vs. | |
| BAC Home Loans Servicing, LP, | (Hon. Roslyn O. Silver) |
| Defendant | |

Date: December 6, 2010

**Court's Order Dated November 30th, 2010 with Regard to: PLAINTIFF'S RESPONSE TO THE DEFENDANT'S MOTION TO DISMISS**

1. On November 30th, 2010, the Court ordered: "Plaintiff shall file a response no longer than 17 pages no later than December 6, 2010".

2. The complexities of the mortgage process and the subsequent revelation of wrongdoing do not lend themselves to brevity. I have made a sincere effort to comply with the court's order and Local Rule 7.2 to reduce the length of my document and succeeded in removing 4 ½ pages.

Reconsideration - 1

3. Considering that this order was received in my mail on 12/2/2010, I only had 4 days to attempt to re-work a document that I've spent a great deal of time developing. Perhaps, if I had a few more days I might have found a way to remove more verbage without diluting my case.

4. LRCiv 7.2, (e) (1) begins by stating: *Unless otherwise permitted by the Court*

**Conclusion**

I Pray now that the Court will exercise its discretion and allow me to re-submit this document consisting of 22 ½ pages.

**Respectfully Submitted this 6th Day of December, 2010**

*/s/ Chianella*
_____
Jo-Ann Chianella
18521 E. Queen Creek Road.,
Ste. 105-604
Queen Creek, AZ 85142
PH: 480-430-3580
PRO-SE

# VERIFICATION

I, Jo-Ann Chianella, do swear and affirm that all statements made herein are true and accurate, in all respects, to the best of my knowledge.

*/s/ Jo-Ann Chianella*

Jo-Ann Chianella
18521 E Queen Creek Rd., Ste 105-604
Queen Creek, AZ   85142

The Person above, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and acknowledged to me that she executed the same in her authorized capacity and that by her signature on this instrument who is the person who executed this instrument.

I certify under PENALTY OF PERJURY under the laws of this State that the foregoing paragraph is true and correct.

Witness my hand and official seal.

*/s/ Tara N. Parsons*

**NOTARY PUBLIC IN AND FOR                    Notary Seal
THE STATE OF ARIZONA**



TARA N. PARSONS
Notary Public - Arizona
MARICOPA COUNTY
My Commission Expires
APRIL 28, 2013

# CERTIFICATE OF SERVICE

I, Jo-Ann Chianella, do swear and affirm that I have served a signed copy of this Amended Complaint to all Defendants by way of regular mail on this, the 6th day of December, 2010.

BRYAN CAVE LLP, #00145700
Robert W. Shely, #014261
Coree E. Neumeyer, #025787
Michael B. Dvoren, #027386
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
    Attorney for BAC Home Loans Servicing, LP

*(signature)*

Jo-Ann Chianella
18521 E Queen Creek Rd., Ste 105-604
Queen Creek, AZ 85142